IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**V.**            **CASE NOS. 5:15-CR-50078**
                         **5:16-CR-50019**

**HENRY DARYL SMITH**            **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation of Chief United States Magistrate Judge Erin L. Wiedemann, filed on September 11, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 48, Case No. 5:15-CR-50078; Doc. 19, Case No. 5:16-CR-50019) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 43, Case No. 5:15-CR-50078; Doc. 14, Case No. 5:16-CR-50019), filed pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS SO ORDERED** on this 29th day of September, 2020.

                                           /s/ Timothy L. Brooks
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE